IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
               Plaintiff,    )         8:06CR208
                             )
         v.                  )
                             )
ANTONIO GARCIA,              )            ORDER
                             )
               Defendant.    )
_____)
```

The Court has been advised that defendant wishes to enter a plea in the above matter. Accordingly,

IT IS ORDERED that a Rule 11 hearing is scheduled for:

**Thursday, October 26, 2006, at 10:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 16th day of October, 2006.

BY THE COURT:

/s/ Lyle E. Strom

_____
    LYLE E. STROM, Senior Judge
    United States District Court