IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR208 |
| | ) | |
| v. | ) | |
| | ) | |
| ANTONIO GARCIA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

       IT IS ORDERED that the Rule 11 hearing is rescheduled for:

       **Monday, October 30, 2006, at 9:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

       DATED this 23rd day of October, 2006.

                                       BY THE COURT:

                                       /s/ Lyle E. Strom
                                       _____
                                         LYLE E. STROM, Senior Judge
                                         United States District Court